IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 00-69 |
| ) | |
| MALCOLM McMILLER, ) | |
| a/k/a Shake ) | |

ORDER

AND NOW, this \_\_\_\_ day of September, 2005, in consideration of the within Government's Renewed Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, said motion is hereby GRANTED.

It is further ordered _____

_____

_____.

_____
ALAN N. BLOCH
Senior United States District Judge

cc: Troy Rivetti, AUSA
    Stephen M. Misko, Esquire
    U. S. Probation Office