**United States District Court**
*Western District of Pennsylvania*
*837 U.S. Post Office and Courthouse*
*Pittsburgh, Pennsylvania 15219*

*Chambers of*
**Judge Alan N. Bloch**

Telephone: 412-208-7360
FAX: 412-208-7367

September 6, 2005

Troy Rivetti, AUSA

Stephen M. Misko, Esquire

Malcolm McMiller c/o Stephen M. Misko, Esquire

Probation Office

U.S. Marshal

    Re: United States of America v. Malcolm McMiller
       Criminal No. 00-69

Dear Counsel:

  Please be advised that a Hearing on the Government's Renewed Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure is scheduled in the above captioned matter for Thursday, November 10, 2005 at 3:30 p.m. Mark your calendars accordingly.

  If you have any questions regarding this matter, please contact me as soon as possible.

            Very truly yours,

            *John Galovich* (signature)

            John Galovich, Deputy Clerk
            to Judge Alan N. Bloch