IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 00-69 |
| | ) |
| MALCOLM McMILLER | ) |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Malcolm McMiller, Year of Birth: 1968, Black, male.

2. Detained by: FCI Yazoo City Low, 2225 Haley Barbour Parkway, P.O. Box 5000, Yazoo City, MS 39194.

3. Detainee has been sentenced in this district for violation of Title 21, United States Code, Section 846, and is presently in federal custody at the FCI Yazoo City Low, Yazoo City, MS.

4. The above case is set for hearing at Pittsburgh, PA on November 10, 2005, at 3:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Yazoo City Low, Yazoo City, MS, has no objection to the granting of this petition.

s/Troy Rivetti
TROY RIVETTI
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Post Office & Courthouse
Suite 4000
Pittsburgh, PA 15219
(412) 644-3500 (Phone)
(412) 644-2645 (Fax)
Troy.Rivetti@usdoj.gov
PA ID No. 56816

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

9/12/05
DATE

UNITED STATES DISTRICT JUDGE

cc: United States Attorney