**United States District Court**
*Western District of Pennsylvania*
*301 U.S. Post Office and Courthouse*
*Pittsburgh, Pennsylvania 15219*

*Chambers of*
**Judge Alan N. Bloch**

*Telephone:* 412-208-7360
*FAX:* 412-208-7367

October 7, 2005

Troy Rivetti, AUSA

Stephen M. Misko, Esquire

Malcolm McMiller c/o Stephen M. Misko, Esquire

Probation Office

U.S. Marshal

    Re:    United States of America v. Malcolm McMiller
                 Criminal No. 00-69

Dear Counsel:

    Please be advised that the Hearing on the Government's Renewed Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure scheduled in the above captioned matter for Thursday, November 10, 2005 at 3:30 p.m. has been **RE-SCHEDULED** for Thursday, November 17, 2005 at 3:30 p.m. Mark your calendars accordingly.

    If you have any questions regarding this matter, please contact me as soon as possible.

Very truly yours,

*John Galovich*
John Galovich, Deputy Clerk
to Judge Alan N. Bloch