# IN THE  UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America          )
                                  )
                    Plaintiff     )
                                  )
         vs.                      )   No.  CR00-69
                                  )    (Term. Dec. Nos. 3c+37)
Malcolm McMiller,                 )
                                  )
                    Defendant.    )

## HEARING ON   Rule 35(b) Reduction of Sentence

### Before Judge Alan N. Bloch

Troy Rivetti (AUSA)                 Steven Misko, Esq.
Robert Iuzzoline (AG's office)      Appear for Defendant
Appear for Government

Hearing begun    10/17/05 at 3:37 p.m.        Hearing adjourned to _____

Hearing concluded 10/17/05 at 3:50 p.m.       Stenographer   A. Murphy
                                              Clerk: L.Diulus

## WITNESSES:

        For Plaintiff               For Defendant

Court notes presence of Defendant, his counsel and counsel for the Government; Court provided the parties the opportunity to provide additional information with respect to the Government's motion; Court found that a reduction in Defendant's sentence in this case is appropriate; Court reduced Defendant's sentence from 292 months' imprisonment to 120 months' imprisonment to be followed by five years of supervised release; Court amended Defendant's conditions of supervised release; Court acknowledged that Defendant has paid the special assessment of $100; Court agreed to recommend that the Defendant be placed at either FCC Coleman or FCI Milan; Court agreed to recommend that the Defendant take part in the 500 hour intensive drug treatment program while incarcerated; Defendant was already in custody.